UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
---------------------------------------------------------------x   Index No. 11-cv-0006

SHARI KAVALIN  *et al.*,

                Plaintiffs

    -against-.

AARON M. CRONE, *et al.*,

                Defendants

---------------------------------------------------------------x


                NOTICE OF WITHDRAWAL OF NOTICE OF
                VOUNTARY WITHDRAWAL OF COUNSEL


TO THE CLERK OF THE COURT:

   Please take notice that Robert L. Arleo hereby withdraws the notice of voluntarily withdrawal as counsel of record for the Plaintiff named in the above-entitled actions (Dkt. No. 41).


DATED: Haines Falls, New York
         January 18, 2012

                                               By: / s /   *Robert L. Arleo*
                                                 ROBERT L. ARLEO, ESQ.
                                                 (RA 7506)
                                                 164 Sunset Park Road
                                                 Haines Falls, New York 12436
                                                 518-589-1016